**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BANGALLY TUNKARA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **v.** | § | |
| | § | |
| **TODD BLANCHE,** U.S. Attorney General; **DAVID J. VENTURELLA,** Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; **MARCOS CHARLES,** Acting Executive Associate Director for Enforcement and Removal Operations; **MARY DE ANDA-YBARRA,** Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY;** *and* **WARDEN** of ERO El Paso Camp East Montana, | § | **EP-26-CV-01906-DCG** |
| | § | |
| ***Respondents*.** | § | |

**<u>ORDER TO FILE SUPPLEMENT</u>**

The Court previously ordered Respondents to show cause why the Court should not grant this habeas Petition.[1] In that Order, the Court also ordered Respondents to provide a copy of any Notice of Failure to Comply with removal that they served on Petitioner if they wished to invoke the detention authority of 8 U.S.C. § 1231(a)(1)(C).[2] In their Response, Respondents advised that they were “working to obtain a copy of the Failure to Comply notice and will file a supplement

---

[1] Show Cause Order, ECF No. 4.

[2] *Id.* at 8.

for this response as soon as possible."[3] But they haven't yet filed the supplement they promised. The Court will therefore order them to do so.

Accordingly, the Court **ORDERS** that by **October 7, 2026**, Respondents **SHALL FILE** a Supplemental Response. The Supplemental Response must **ATTACH** as exhibits: (1) a copy of any Notice of Failure to Comply with removal that the government issued to Petitioner and (2) proof that the government served that Notice of Failure to Comply on Petitioner.

**So ORDERED and SIGNED this 2nd day of October 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[3] Resp., ECF No. 5, at 5 n.5.