**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BANGALLY TUNKARA,**<br><br>***Petitioner*,**<br>**v.**<br><br>**TODD BLANCHE,** U.S. Attorney General; **DAVID J. VENTURELLA,** Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; **MARCOS CHARLES,** Acting Executive Associate Director for Enforcement and Removal Operations; **MARY DE ANDA-YBARRA,** Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY;** *and* **WARDEN** of ERO El Paso Camp East Montana,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01906-DCG** |

**ORDER TO FILE STATUS UPDATE**

The Court previously ordered Respondents to show cause why the Court should not grant this habeas Petition.[1] Respondents filed a Response on September 21 in which they described their efforts to remove Petitioner so far.[2] Although the Court has ordered supplemental briefing on other topics,[3] it hasn't heard anything since September 21 about whether Respondents have continued to take steps to remove Petitioner.

---

[1] Show Cause Order, ECF No. 4.

[2] Resp., ECF No. 5, at 2–5.

[3] Order Provide Suppl. Br., ECF No. 9.

Accordingly, the Court **ORDERS** that by **December 8, 2026**, Respondents **SHALL FILE** a Status Update. The Status Update **SHALL DESCRIBE**, in detail, the government's efforts to remove Petitioner since the removal efforts described in the September 21, 2026 Response. Specifically, the Court is curious whether: (1) the government has scheduled or attempted removal since August 26, 2026[4] or (2) the government has identified a third country for removal. The government should also specify what "TCU" means; that's a term it used in its Response but didn't explain or define.[5]

**So ORDERED and SIGNED this 24th day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[4] That's the date of the last known removal attempt. *See* Resp. at 5.

[5] *See id.* Respondents even said that "[i]f TCU refers to a third country removal process or location, the country should be confirmed before filing," yet they included the amorphous "TCU" acronym in their Response anyway. *See id.*; Romero Decl., ECF No. 5-1, at 6 (similar).